IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY SOURBRINE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | No. 19-6016, |
| v. | : | |
| | : | together with |
| WARDEN OF THE GEORGE W. HILL | : | |
| CORRECTIONAL FACILITY, et al., | : | |
| Respondents. | : | No. 20-1533 |

ORDER

HARVEY BARTLE, III, J.

AND NOW, this  30th  day of      April     , 2020, upon careful and independent consideration of the review and interim Report and Recommendation of United States Magistrate Judge Linda K. Caracappa in the above-captioned matters, together with any responses thereto, IT IS ORDERED that:

1. The interim Report and Recommendation is APPROVED and ADOPTED;

2. The Petitions for Writ of Habeas Corpus under 28 U.S.C. § 2241, Civil Action No. 19-6016 and Civil Action No. 20-1533, are hereafter consolidated and shall proceed for all purposes under the above-caption, that is, Civil Action No. 19-6016; and

3. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Civil Action No. 20-1533, shall be marked consolidated and closed.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE, III, J.
UNITED STATES DISTRICT JUDGE